RCVD - USDC - CHAS, SC
2025 DEC 15 PM 1:43

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Kathleen Johnson, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>Charleston Gastroenterology Specialists, )<br>et al., )<br>   Defendants. ) | Civil Action No.: 2:25-cv-13870-RMG-MHC |

COMPLAINT

I. JURISDICTION AND VENUE

1. This action arises under federal law, including the Americans with Disabilities Act (ADA), the Family and Medical Leave Act (FMLA), Title VII retaliation provisions, and the Employee Retirement Income Security Act (ERISA).

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331. Venue is proper in this District because the events giving rise to these claims occurred in Charleston County, South Carolina.

II. PARTIES

3. Plaintiff Kathleen Johnson is a resident of South Carolina.

4. Defendant Charleston Gastroenterology Specialists is an employer doing business in Charleston County, South Carolina.

III. FACTUAL ALLEGATIONS

5. Plaintiff was employed by Defendants until her termination on January 28, 2025.

6. Plaintiff performed her job duties satisfactorily and met legitimate expectations.

7. Plaintiff has Type 1 diabetes, a condition qualifying as a disability under federal law.

8. Plaintiff submitted FMLA paperwork and medical documentation and requested reasonable accommodations related to her disability.

9. Defendants failed to engage in the required interactive process and failed to provide reasonable accommodations, despite employing over 200 employees and despite no undue hardship.

10. Plaintiff engaged in protected activity, including requesting FMLA leave, requesting accommodations, and raising concerns regarding employment and benefits.

11. On or about January 24, 2025, Defendants issued Plaintiff a Final Written Warning.

12. On January 28, 2025, Defendants terminated Plaintiff's employment without any progressive discipline or corrective steps following the Final Written Warning.

13. Defendants communicated false and damaging statements regarding Plaintiff's employment and termination, harming her professional reputation.

14. As a result of Defendants' actions, Plaintiff suffered loss of employment, wages, benefits, and emotional distress.

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

15. Plaintiff timely filed a charge with the Equal Employment Opportunity Commission and received a Notice of Right to Sue.

16. This action is timely filed.

## V. CLAIMS FOR RELIEF

Count I - Retaliation (Federal Law)

17. Defendants retaliated against Plaintiff for engaging in protected activity by terminating her employment.

Count II - Disability Discrimination / Failure to Accommodate (ADA)

18. Defendants failed to provide reasonable accommodations and failed to engage in the interactive process required by law.

Count III - FMLA Interference and Retaliation

19. Defendants interfered with and retaliated against Plaintiff for exercising rights protected under the FMLA.

Count IV - ERISA Violations

20. Defendants interfered with Plaintiff's federally protected employee benefit rights.

Count V - Defamation (Supplemental Jurisdiction)

21. Defendants made false statements concerning Plaintiff's employment and termination that harmed her reputation.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests judgment against Defendants for back pay, lost benefits, statutory and compensatory damages, attorney's fees and costs, and such other relief as the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Kathleen Johnson
Plaintiff, Pro Se
Charleston, South Carolina
843-801-1703
kathleenjohnson567@gmail.com

Date: 12/14/2025

*Kathleen Johnson*
3269 Stonehaven Drive
N. Charleston SC 29420